# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHUCK J. REINECK,
Appellant,
vs.
SEASIDE TRUSTEE, INC.; AND
BAYVIEW LOAN SERVICING, LLC,
Respondents.

No. 77426

FILED

JAN 11 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on November 16, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A. B.

cc: Hon. Kenneth C. Cory, District Judge
Chuck J. Reineck
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-01733